UNITED STATES of America,
Plaintiff–Appellee,

v.

David Erasmo ESCAMILLA–GALLE-
GOS, a.k.a. David Erasmo Ecsamil-
la, Defendant–Appellant.

No. 13–10378.

United States Court of Appeals,
Ninth Circuit.

Submitted April 7, 2014.*

Filed April 11, 2014.

Monte Cress Clausen, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Alfred Islas, Alfred Islas, Attorney–at–Law, Tucson, AZ, for Defendant–Appellant.

David Erasmo Escamilla–Gallegos, pro se.

Before: TASHIMA, GRABER, and IKUTA, Circuit Judges.

MEMORANDUM **

David Erasmo Escamilla–Gallegos appeals from the district court's judgment and challenges his guilty-plea conviction for reentry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Escamilla–Gallegos contends that his guilty plea was involuntary because, at the time of his pretrial conference and change-of-plea hearing, his confusion was apparent and was aggravated by his recent use of pain medication. We review de novo whether a defendant's plea was voluntary. *See United States v. Kaczynski*, 239 F.3d 1108, 1114 (9th Cir.2001). Contrary to Escamilla–Gallegos's contention, his statements at the hearing reflect that he pleaded guilty voluntarily. *See id.* at 1115 (substantial weight is given to defendant's in-court statements).

**AFFIRMED.**